FILED: November 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2213
(5:24-cv-00040-MFU-JCH)

---

VIRGINIA STATE CONFERENCE OF THE NAACP; HEATHER BROWN, on behalf of B.B., a minor; KIM WALLACE CARTER, on behalf of A.C., a minor; KAY DOE, on behalf of D.D. and J.D., minors; EDWARD DOE, on behalf of D.D. and J.D., minors; MARY JOHNSON, on behalf of A.J., a minor

Plaintiffs - Appellees

v.

COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY

Defendant - Appellant

---

O R D E R

---

The court grants an extension of the briefing schedule as follows:

Response brief due: 12/30/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk